IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE: MELISSA SOWERS,              )
                                    )              CHAPTER 7
        Debtor                      )
                                    )              CASE NO. 7-04-02837
                                    )

_____
                                    )
        JASON E. MUNCY,             )
                  Plaintiff         )
                                    )
        v.                          )              Adversary Proceeding No.  7-04-00102
                                    )
        MELISSA SOWERS,             )
                  Defendant         )
                                    )
_____

ORDER

        For the reasons stated in this Court's contemporaneous memorandum opinion, it is

ORDERED

that the Debtor's property settlement obligation to Mr. Muncy is excepted from her Chapter 7

discharge pursuant to 11 U.S.C. § 523(a)(15).


        The Clerk is directed to send copies of this order and accompanying
memorandum opinion to the Debtor, Melissa D. Sowers; Debtors' counsel, I. Richard Padgett,
Esq.; the Plaintiff, Jason E. Muncy; the Chapter 7 Trustee, Robert E. Wick, Esq., and the Office
of the United States Trustee.


        ENTER this 25th  day of April, 2005.

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE